| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>STEVEN ANTHONY WILLS,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-10933-DS<br>CHAPTER: 7<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A/B – J)    ☐ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☒ Debtor's Certification of Employment Income
   ☒ Other (*specify*):
   Statement of Related Cases, Statement of Intentions

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed:  2/7/2025
3. Date of § 341(a) meeting of creditors:  3/13/2025
4. Debtor requests extension to and including (extension deadline) (*date*): 2/28/2025

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 1    F 1007-1.MOTION.DEC.EXTEND

5. Declaration regarding the reason(s) for extension (*explain*):

   See attached Declaration of Benjamin Heston.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/21/2025 | /s/ Benjamin Heston | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                              Page 2                              F 1007-1.MOTION.DEC.EXTEND

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>STEVEN ANTHONY WILLS,<br><br>Debtor. | Case No.: 2:25-bk-10932-DS<br><br>Chapter 7<br><br>**DECLARATION OF BENJAMIN HESTON RE: DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

I, Benjamin Heston, declare as follows:

1. I am the attorney of record for the Debtor. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On February 6, 2025, I was first contacted by the Debtor's daughter, Krystin A. Wills, regarding the filing of Chapter 7 bankruptcy petitions for her and her father. The urgency of the matter arose due to a scheduled judgment debtor examination in a case in which both Steven and Krystin Wills were judgment debtors. They had received conflicting information as to who was expected to appear for the examination, and, in an abundance of caution, sought to file emergency petitions for both of them.

3. I conducted my preliminary due diligence and then contacted the creditor conducting the judgment debtor examination to inform them that they would be filing Chapter 7 bankruptcy cases prior to the examination.

1

4. On February 7, 2025, I filed an emergency petition on behalf of the Debtor, as well as one for Krystin Wills (case no: 2:25-bk-10933-DS).

5. Since the filing of the petition, I have been actively working with the Debtor to collect the necessary documentation and information required to complete his bankruptcy filing. As of today, I am still awaiting certain required information and documentation, including income documents and details regarding his debts, and the case commencement documents cannot be filed with full confidence that they are complete and accurate.

6. Additionally, I will be out of town from February 21 to 23 to celebrate my son's 7th birthday, which does not leave me the option of working until midnight to complete the filing.

7. Given these circumstances, I respectfully request that the Court grant an extension of time for the Debtor to file his case commencement documents.

8. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: February 21, 2025

_____
Benjamin Heston

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/21/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Timothy Yoo (TR)    tjytrustee@lnbyg.com, tjy@trustesolutions.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/21/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Deborah J. Saltzman
255 E. Temple Street
Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/21/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**