**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

> **FILED & ENTERED**
>
> **FEB 21 2025**
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>STEVEN ANTHONY WILLS,<br><br>        Debtor. | Case No. 2:25-bk-10932-DS<br><br>Chapter 7<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

The court having reviewed and considered the "Debtor's Motion to Extend Time to File Case Opening Documents" (the "Motion," Docket No. 8) and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted.  The deadline to file case opening documents is extended to February 28, 2025.

###

Date: February 21, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge