Certificate Number: 14912-CAC-DE-039605075

Bankruptcy Case Number: 25-10932



14912-CAC-DE-039605075

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2025, at 4:08 o'clock AM EDT, Steven Wills completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   April 29, 2025        By:   /s/Jai Bhatt

                              Name:   Jai Bhatt

                              Title:   Counselor